# NO. 12-20-00229-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| | § | *APPEAL FROM THE* |
| *IN THE INTEREST OF L.D.C.,* | | |
| | § | *COUNTY COURT AT LAW* |
| *A CHILD* | | |
| | § | *ANDERSON COUNTY, TEXAS* |

---

### MEMORANDUM OPINION
### PER CURIAM

Appellant, David Ray Crofford, filed a motion to dismiss this appeal. In the motion, Crofford states that he no longer wishes to appeal. Accordingly, the motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a).

Opinion delivered March 31, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 31, 2021**

**NO. 12-20-00229-CV**

**IN THE INTEREST OF L.D.C., A CHILD**

Appeal from the County Court at Law
of Anderson County, Texas (Tr.Ct.No. CCL-17-15,773)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*